LF 3022-1a (8/13)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: )
Royal Coachman Mobile Home Park, LLC ) Case No. 16-03109-FPC11
)
) **CHAPTER 11 FINAL ACCOUNT**
Debtor(s) )

1. Date plan confirmed: April 5, 2018

2. Small business case: ☐ Yes  ☒ No

3. Individual case: ☐ Yes  ☒ No

4. Percentage to be paid to unsecured creditors: 100%

5. All matters to be completed upon the effective date of the plan have been completed and the plan is substantially consummated.

6. All payments required by the plan have been made: ☒ Yes  ☐ No

7. Disbursements by class:

   | | |
   |---|---|
   | Administrative Expenses: | $ See Attached |
   | Priority Claims: | $ |
   | Class 1: | $ |
   | Class 2: | $ |
   | Class 3: | $ |
   | Class 4: | $ |
   | Class 5: | $ |
   | Class 6: | $ |
   | Class 7: | $ |
   | Other classes: | |

8. There are no pending motions, applications, appeals, adversary proceedings, or contested matters.

Date: December 7, 2021

Prepared by: /s/ John D. Munding, Trustee
Bar number (if applicable): #21734
(Address): 309 E. Farwell Rd., Ste 310
Spokane, WA 99201

CHAPTER 11 FINAL ACCOUNT

# ROYAL COACHMAN MOBILE HOME PARK, LLC

## CASE NO: 16-03109-FPC

## CHAPTER 11 FINAL ACCOUNT – LF 3022

7. Trustee's disbursements by class:

   i. United States Trustee Quarterly Fees: $14,203 paid (reserve 4Q $12,000)

   ii. Class 1 -Administrative: $426,140 (additional $12,500 reserved)

   iii. Class 2 – Shannon Hunter - Burns: $21,234

   iv. Class 3 – Internal Revenue Service: $50,155 (plus $124,579 est. 2021)

   v. Class 4 – Grant County Treasurer: $2,575

   vi. Class 5 – Tenant's / Former Tenants: $3,686

   v. Class 6 – Tee – Pee Septic: $295

   vi. Class 7 – City of Royal City: Utilities Paid Monthly

   vii. Class 8 – Grant County PUD: $1,843.76

   viii. Class 9 – Royal City Self Storage: $0.00

   ix. Class 10 – Cliff Wells: $0.00

   x. Class 11 – Pitney Bowes, Inc: $994

   xi. Class 12 - Numerica Credit Union: $3,788

   xii. Class 13 – General Unsecured Creditors: $79,369

   xiii. Class 14 and Class 15: $1,039,810.93